UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHAWN M. VINCENT,

        Petitioner,                    AMENDED REFERRAL ORDER

                                              07-CV-6007L(VEB)

    -vs-

WILLIAM LAPE, et al,

        Respondents.
_____

        It is hereby ORDERED that the ORDER dated June 6, 2007 (Dkt. # 6), entered in this case on June 6, 2007, is amended as follows:

        The Magistrate Judge shall also hear and report upon dispositive motions, for the consideration of the District Judge pursuant to 28 U.S.C. 636(b)(1)(B)-(C).

        All other provisions of said ORDER remain in full force and effect.

        IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                                  United States District Judge

DATED:       August 15, 2007
                  Rochester, New York